IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS LOUIS NELSON,

    Petitioner,                    No. 2:09-cv-02793-WBS-KJN P

    vs.

JOHN W. HAVILAND,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  This action was reassigned to the undersigned on February 9, 2010.[1]  Respondent filed an answer to the petition on March 18, 2010.  Although petitioner was informed by order filed January 20, 2010, that it was within his discretion to file and serve a reply to the answer (also called a "traverse"), within 30 days of service of the answer (Dkt. No. 8, at 2), petitioner seeks direction from this court regarding how to proceed (Dkt. Nos. 14, 15).  The court will extend the time for the traverse.

////

////

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

1  Accordingly, for good cause shown, IT IS HEREBY ORDERED that petitioner
2  may file and serve, on or before June 11, 2010, his traverse.
3  DATED: May 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nels2793.ord